Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–30733–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander Stavitskie III
   149 First Avenue
   Toms River, NJ 08757

Social Security No.:
   xxx–xx–6340

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         12/12/17
Time:         10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 31, 2017
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Alexander Stavitskie, III
    Debtor

Case No. 17-30733-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Oct 31, 2017
                      Form ID: 132    Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db             +Alexander Stavitskie, III,    149 First Avenue,    Toms River, NJ 08757-4906
517118150      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517118151      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517118154      +Furniturebar,    Po Box 94498,    Las Vegas, NV 89193-4498
517118156      +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517118160      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517118161      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
517118163      +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517118164     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517118153     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
517118165      +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517118166      +Wffnb Dual L,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2017 22:44:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2017 22:44:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517118152       E-mail/Text: cio.bncmail@irs.gov Oct 31 2017 22:44:21      Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0030
517118155       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2017 22:44:59      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
517118157      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2017 22:44:40      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517118159       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 22:52:51
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517118158      +E-mail/Text: Bankruptcy@pinnaclefcu.com Oct 31 2017 22:44:30      Pinnacle Fed Cr Un,
                 135 Raritan Center Pkwy,    Edison, NJ 08837-3645
517120733      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 22:41:23      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517118162      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 22:41:23      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Lawrence W. Luttrell    on behalf of Debtor Alexander  Stavitskie, III larryluttrell@lwlpc.com,
               renee@lwlpc.com;cathylee@lwlpc.com
              Rebecca Ann Solarz    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Oct 31, 2017
                              Form ID: 132              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                              TOTAL: 4