UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Alexander Stavitskie, III,

Case No.: 17-30733
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

On 4/9/18, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on May 14, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 149 First Avenue, Toms River, NJ - $240,000

Liens on property: $248,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-30733-MBK
Alexander Stavitskie, III                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Apr 10, 2018
                                Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db             +Alexander Stavitskie, III,    149 First Avenue,    Toms River, NJ 08757-4906
517251494       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517118150      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517118151      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517118154      +Furniturebar,    Po Box 94498,    Las Vegas, NV 89193-4498
517290834      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
517118160      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517118161      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
517206947      +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
517118163      +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517195327      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
517118164     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517168130       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517118153     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
517118165      +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517238881       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438
517118166      +Wffnb Dual L,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517118152       E-mail/Text: cio.bncmail@irs.gov Apr 10 2018 22:56:57      Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0030
517193569       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 10 2018 22:57:44      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517118155       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 10 2018 22:57:44      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
517118156      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 10 2018 22:58:39
                 Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517118157      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2018 22:57:23      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517262689      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2018 22:57:23      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517118159       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:17:33
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517190981       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:00:56
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
517183193       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:17:34
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517118158      +E-mail/Text: Bankruptcy@pinnaclefcu.com Apr 10 2018 22:57:08      Pinnacle Fed Cr Un,
                 135 Raritan Center Pkwy,    Edison, NJ 08837-3645
517306942       E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2018 22:57:16
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517120733      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:01:12      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517118162      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:01:12      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517118165      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 10 2018 22:56:32
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517232645      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 10 2018 23:06:40      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517151021*       IRS,   POB 7346,    Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 10, 2018
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:

```
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Debtor Alexander    Stavitskie, III larry@lwlpc.com,
               renee@lwlpc.com;bet@lwlpc.com
              Rebecca Ann Solarz    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5
```